**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00715-REB-CBS

SAMSONITE CORPORATION, a Delaware corporation,

    Plaintiff,

v.

GRUGA U.S.A., d/b/a NOVIMEX FASHION LTD., a California corporation,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE
## AND ADMINISTRATIVELY CLOSING CASE

**Blackburn, J.**

    This matter is before me on plaintiff's **Response to Order To Show Cause** [#17] filed July 20, 2010. On July 1, 2010, I ordered plaintiff to show cause why this case should not be stayed or administratively closed in light of defendant's ongoing Chapter 7 bankruptcy proceedings. Although a week overdue, plaintiff's response asserts that it does not object to administrative closure of the case, and I find and conclude that such is the appropriate course in this matter.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That my **Order To Show Cause** [#16] filed July 1, 2010, is **DISCHARGED**; and

2. That pursuant to **D.C.COLO.LCivR** 41.2, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated July 22, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge